

Entered on Docket
July 11, 2011

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4                    UNITED STATES BANKRUPTCY COURT
                            DISTRICT OF NEVADA

5  IN RE:                              Chapter 13
   MARIO PROENZA                       BKS-11-16378-MKN
6
                                       Hearing Date: N/A
                  Debtor                Hearing Time: N/A
7
   **PRO SE DEBTOR**
8  **Attorney for Debtor**

9           EX-PARTE ORDER DISMISSING CHAPTER 13
              CASE PURSUANT TO 11 U.S.C. SECTION 521(i)
10
11    As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12 filed Schedules A through J, Statement of Financial Affairs and the Chapter 13 Plan as required within

   the forty-five (45) day period, which expired on June 11, 2011.
13
   . . .
14
   . . .
15
   . . .
16

17

18

19

20

1

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: July 06, 2011
9  (alr)